# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SALVATORE GENOVESE,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:17-1936 |
| v. | : | (JUDGE MANNION) |
| **THE TRAVELERS HOME & MARINE INSURANCE COMPANY,** | : | |
| | : | |
| Defendant | | |

# **O R D E R**

In light of the memorandum issued in the above-captioned matter, **IT IS HEREBY ORDERED THAT:**

**(1)** this case is **DISMISSED WITHOUT PREJUDICE** on the basis of plaintiff's failure to comply with the Court's Order and failure to prosecute his action; and

**(2)** the clerk of court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: February 21, 2019**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-1936-01-ORDER.wpd